JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRAE FLOYD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00127-SSS-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

On March 1, 2024, Plaintiff Andrae Floyd ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties"), through their attorneys of record, jointly stipulated to remand this Action back to the Superior Court of California for the County of Riverside.

The court, having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's complaint, shall not be amended to expand the putative class or to add claims in addition to those brought in Plaintiff's original complaint;

2. The Action, with the Court's approval, shall be remanded to the Superior Court of California for the County of Riverside; and

3.     Plaintiff will not attempt to recover fees or costs associated with remand.

IT IS SO ORDERED.

Dated: March 4, 2024

_____
SUNSHINE S. SYKES
United States District Judge